**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 9, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00385-CV

---

### STATE OF TEXAS AND TD AUTO FINANCE, LLC, Appellants

### V.

### ONE 1996 ACURA NSX AND ONE 2009 AUDI R8, Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-57039**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 6, 2019. On June 24, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.